UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD SMIT,<br><br>          Plaintiff,<br><br>   v.<br><br>TOWNSHIP OF TOMS RIVER NJ, et al.,<br><br>          Defendants. | Civil Action No. 22-02594 (GC) (RLS)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendants County of Ocean's and Township of Toms River's motions to dismiss Plaintiff Gerald Smit's Second Amended Complaint. (ECF Nos. 47, 48, 50.) Following briefing by the parties, the Court carefully considered the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 25th day of June 2024 **ORDERED** as follows:

1. Toms River's motion to dismiss (ECF No. 50) is **GRANTED**.

2. Ocean County's motion to dismiss (ECF No. 48) is **DENIED** as moot.

3. Smit's federal claims in the Second Amended Complaint (ECF No. 47) are **DISMISSED** without prejudice.

4. The Court declines to exercise supplemental jurisdiction over Smit's state-law claims.

5. The Clerk's Office is directed to mail Smit a copy of this Order and the accompanying Memorandum Opinion, **TERMINATE** Defendants' motions (ECF Nos. 48, 50), and **CLOSE** this case.

6. Smit may have this case reopened if, within 30 days after the entry of this Order, he files an amended complaint to the extent that he can cure the deficiencies set forth in the accompanying Memorandum Opinion as to his federal claims. Failure to file an amended complaint within that time will render the dismissal with prejudice or final. *See Mann v. A.O. Smith Corp.*, Civ. No. 21-2361, 2023 WL 2344225, at *2 (3d Cir. Mar. 3, 2023) ("A district court's dismissal without prejudice for failure to state a claim is converted into a dismissal with prejudice if plaintiff 'declar[es] his intention to stand on his complaint' by failing to timely amend it. . . ."); *Hoffman v. Nordic Nats., Inc.*, 837 F.3d 272, 279 (3d Cir. 2016) ("When that 30-day period expired, the District Court's decision became final.").

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**